## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| IN RE: **AGUIAR SANTANA, ROSA MARIA** DEBTOR(S) | CASE NUMBER: 08-08799-**ESL** (Chapter 7) NO ASSET CASE |
|---|---|

### NOTICE OF ABANDONMENT OF PROPERTY

TO: THE HONORABLE COURT, CREDITORS AND PARTIES IN INTEREST:

COMES NOW, Wigberto Lugo-Mender, duly appointed Chapter 7 Trustee of the above captioned case, who respectfully states and prays as follows:

1. Notice pursuant to 11 U.S.C. Section 554(a) is hereby given as to the undersigned trustee's intention to abandon the estate property detailed below:

2. The property being abandoned is as follows:

| Other Property | Schedule Value | Amount Secured | Claim Exemption | Value to Estate |
|---|---|---|---|---|
| **Debtor has 1/2nd of 50% inheritance (Sucn. Juan Aguiar Rodriguez) property located at Urb. Delgado B-11 3 Street in Caguas, Puerto Rico. This property consists of three (3) bedrooms, one (1) bathroom, living room, dining room, kitchen, porch and garage. The other 50% interest is owned by widow, Rosa M. Santana Marcano. (Valued at $100,000./2=$50,500./2 = $25,000.** | $ 21,250.00 | 0.00 | 21,250.00 | 0.00 |

| Other Property | Schedule Value | Amount Secured | Claim Exemption | Value to Estate |
|---|---|---|---|---|
| **2004 Kia Rio** | $ 3,520.00 | 6,245.00 | 0.00 | 0.00 |

3. The trustee intends and hereby abandons this property since this is burdensome or has no value to the estate.

4. Any objection to this abandonment must be filed in writing with the Court and served within fourteen (14) days of the mailing of this notice.

THIS BEING A NO ASSET CASE, THE TRUSTEE HEREBY REQUESTS THIS HONORABLE COURT TO ORDER THE CLERK'S OFFICE TO GIVE NOTICE OF THIS ABANDONMENT TO ALL CREDITORS AS PER THE MASTER ADDRESS LIST.

Date: <u>December 6, 2010</u>     <u> s/ Wigberto Lugo Mender </u>
Wigberto Lugo-Mender, Trustee
Centro Internacional De Mercadeo
Rd 165 Torre I Suite 501
Guaynabo, PR  00968
Tel. (787) 707-0404
Fax. (787) 707-0412